UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES; MARK JONES,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>    Defendants.<br>_____ | 1:08-cv-00069-LJO-SMS-PC<br><br>ORDER FOR PLAINTIFF MARK<br>JONES TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>**OR** PAY FILING FEE<br><br>ORDER FOR CLERK TO SEND NON-<br>PRISONER APPLICATION TO<br>PLAINTIFF<br><br>THIRTY DAY DEADLINE |

    Plaintiffs, Christine Jones and Mark Jones ("plaintiffs"), are proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs filed this action on December 5, 2007 at the United States District Court for the Northern District of California. On January 8, 2008, the case was transferred to the United States District Court for the Eastern District of California and received by this court on January 14, 2008. (Doc. 1.)

    Now pending is the application to proceed in forma pauperis submitted by plaintiff Christine Jones on December 5, 2007. (ND Doc. 2.) The court has reviewed the application and finds it to be properly completed and filed. However, the court also requires an application from co-plaintiff Mark Jones before leave to proceed in forma pauperis can be granted or denied**.**

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send to plaintiff Mark Jones an application to proceed in forma pauperis **for a non-prisoner;**

2. Within thirty days of the date of service of this order, plaintiff Mark Jones shall file a

1 completed application to proceed in forma pauperis, or in the alternative, pay the $350.00
2 filing fee for this action; and
3    3. Failure to comply with this order shall result in a recommendation that this action be
4 dismissed.
5 IT IS SO ORDERED.
6 **Dated: May 13, 2008**                    /s/ **Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE