UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE JONES; MARK JONES, | ) | 1:08-cv-00069-LJO-SMS-PC |
| Plaintiffs, | ) ) | ORDER FOR PLAINTIFF MARK JONES TO SUBMIT ANOTHER |
| vs. | ) ) | APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | FEE |
| Defendants. | ) ) ) | ORDER FOR CLERK TO UPDATE ADDRESS FOR PLAINTIFF MARK JONES |
| | ) ) ) ) | ORDER FOR CLERK TO SEND NEW APPLICATION TO PLAINTIFF MARK JONES |
| | ) ) | THIRTY DAY DEADLINE |

Plaintiffs, Christine Jones and Mark Jones, are proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2008, the court issued an order for plaintiff Mark Jones ("plaintiff") to submit a non-prisoner application to proceed in forma pauperis or pay the $350.00 filing fee. On June 12, 2008, plaintiff filed the application, which is now pending.

In the application, plaintiff declares that he is now incarcerated at the California Substance Abuse Treatment Facility ("CSATF") in Corcoran. The courts record currently shows both plaintiffs residing at a street address in Petaluma. Due to plaintiff's notice to the court, his address shall be updated on the court's record. Further, due to his incarceration, plaintiff shall be required to submit another application to proceed in forma pauperis, using the court's form for a prisoner.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send to plaintiff Mark Jones an application to proceed in forma pauperis **for a prisoner;**
2. Within thirty days of the date of service of this order, plaintiff Mark Jones shall file a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action;
3. The Clerk of Court is directed to update plaintiff Mark Jones' address on the court's record to reflect his incarceration at CSATF; and
4. Failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 3, 2008**             /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE