IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, | 1:08-cv-00069-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12.) |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF AND MOTION FOR LEAVE TO ADD THREE NEW DEFENDANTS TO THIS ACTION |
| Defendants. | (Doc. 10.) |
| _____/ | |

Mark Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and Local Rule 72-302.

On September 19, 2008, findings and recommendations were entered, recommending that plaintiff's motions for injunctive relief and for leave to add three new defendants to this action be denied.  (Doc. 12.)    Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   On October 24, 2008, plaintiff filed objections.  (Doc. 16.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on September 19, 2008, are adopted in full;

2.  Plaintiff's motion for injunctive relief is DENIED; and

3.  Plaintiff's motion for leave to add three new defendants to this action is DENIED.

IT IS SO ORDERED.

Dated:   **November 5, 2008**                    **/s/ Lawrence J. O'Neill**

1

1

UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28