# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES and MARK JONES, | 1:08-cv-00069-LJO-SMS-PC |
| Plaintiffs, | ORDER STRIKING ORIGINAL COMPLAINT AND DIRECTING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 1-2) |
| Defendants. | THIRTY DAY DEADLINE FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT |

## I. PROCEDURAL HISTORY

Plaintiffs, Christine Jones and Mark Jones ("Plaintiffs"), husband and wife, are proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Mr. Jones is a state prisoner. Mrs. Jones is not incarcerated. Plaintiffs filed this action on December 5, 2007, at the United States District Court for the Northern District of California. The case was transferred to the Eastern District of California and was filed on January 14, 2008. (Doc. 1.) On September 16, 2008, the Court severed Plaintiffs' claims and directed the Clerk to open a separate action for Christine Jones. (Doc. 3.) As a result, Mr. Jones proceeded in case 1:08-cv-00069-LJO-SMS-PC and Mrs. Jones proceeded in case 1:08-cv-01383-LJO-SMS-PC. The Court ordered Paintiffs to each file an amended complaint bearing their own case number. On October 17, 2008, Mr. Jones filed a first amended complaint in this case 1:08-cv-00069-LJO-

1  SMS-PC. (Doc. 13.) On December 11, 2008, Christine Jones filed a first amended complaint in
2  her case 1:08-cv-01383-LJO-SMS-PC.
3      On October 20, 2008, Plaintiffs filed objections to the Court's severance order. (Doc.
4  14.) On November 7, 2008, the Court issued an order addressing the objections and affirming
5  the Court's severance order. (Doc. 18.) However, upon reconsideration, the Court found it
6  prudent to consolidate the two cases, and ordered that the original Complaint be screened
7  forthwith. (Doc. 20.) Thus, the original Complaint is presently before the Court for screening.
8      In reviewing the original Complaint, it is obvious that the signatures of both Plaintiffs
9  were penned by the same hand. (Doc. 1-2, p. 22.) Each document submitted for filing must
10 include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P.
11 11(a). All documents submitted without the required signature(s) will be stricken. Since the
12 original Complaint does not include the original signatures of both Plaintiffs, it is appropriately
13 stricken.
14     Plaintiffs shall be given thirty days to file a second amended complaint which must
15 include the original signatures of both Mr. Jones and Mrs. Jones. Under Rule 15(a) of the
16 Federal Rules of Civil Procedure, leave to amend "shall be freely given when justice so
17 requires." Plaintiffs must demonstrate in a second amended complaint how the conditions
18 complained of resulted in a deprivation of each of their constitutional rights. *See* Ellis v.
19 Cassidy, 625 F.2d 227 (9th Cir. 1980). Any second amended complaint must specifically state
20 how each defendant is involved. Further, there can be no liability under 42 U.S.C. § 1983 unless
21 there is some affirmative link or connection between a defendant's actions and the claimed
22 deprivation. Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir.
23 1980); Johnson v. Duffy, 588 F.2d 740, 743 (1978).
24     Plaintiffs should note that although they have been given the opportunity to amend, they
25 may not change the nature of this suit by adding new, unrelated claims and/or defendants in their
26 second amended complaint. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot"
27 complaints).
28     Finally, Plaintiffs are advised that Local Rule 15-220 requires that an amended complaint

be complete in itself without reference to any prior pleading.  As a general rule, an amended complaint supersedes the original complaint.  *See* Loux v.  Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended complaint is filed, all previously filed complaints no longer serve any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

If Plaintiffs choose to pursue this action and file a second amended complaint, it should be clearly and boldly titled "SECOND AMENDED COMPLAINT," refer to the appropriate case number (1:08-cv-00069-LJO-SMS-PC), and be an original signed by both Plaintiffs.

**III.   ORDER**

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to:
   a. Strike the original Complaint, filed on December 5, 2007 (Doc. 1-2), from the record;
   b. Send Plaintiffs Mark Jones and Christine Jones each a § 1983 form complaint;
2. Within **thirty (30) days** from the date of service of this order, Plaintiffs Mark Jones and Christine Jones shall file a second amended complaint;
3. The second amended complaint should be clearly and boldly titled "SECOND AMENDED COMPLAINT" and be an original signed by both Plaintiffs; and
4. <u>The failure to comply with this order will result in a recommendation that the action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   November 17, 2009**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE