IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, | 1:08-cv-00069-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (ECF No. 41) |
| Defendants. | THIRTY-DAY DEADLINE |

_____/

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2011, plaintiff filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   April 4, 2011                                                    _____
                                                                                         UNITED STATES MAGISTRATE JUDGE