UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | 1:08-cv-00069 LJO DLB (PC)<br><br>**ORDER SETTING EVIDENTIARY HEARING** |

This Court has received and reviewed the Ninth Circuit Memorandum dated August 12, 2014. Doc. 84. Pursuant to the Order therein, this Court sets an Evidentiary Hearing on Monday, December 8, 2014 at 1:15 p.m. in Courtroom Four on the Seventh Floor of the United States Courthouse in Fresno, California.  The hearing will commence and be completed that afternoon, and will be limited to the issue of exhaustion as it relates to the retaliation claim.  Specifically, the questions to be answered are:

　　1) Whether a grievance 602 was filed; and

　　2) If so, whether the grievance alleged retaliation.

IT IS SO ORDERED.

　　Dated: **August 13, 2014**　　　　　　　　　/s/ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE