# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br>　　　　Plaintiff,<br>vs.<br>CDCR, et al.,<br>　　　　Defendants. | 1:08-cv-00069 LJO DLB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>**MARK JONES**, CDCR #C-12452<br><br>DATE:　　December 8, 2014<br>TIME:　　12:15 p.m.<br>COURTROOM:　4 (LJO) |

　　　　Inmate Mark Jones, **CDCR# C-12452,** a necessary and material witness on his own behalf in proceedings in this case on December 8, 2014, is confined at California State Prison, Sacramento, 100 Prison Road, Represa, California, 95671, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Court Judge Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom 4, Seventh Floor, on December 8, 2014, at 12:15 p.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:　The Warden,** California State Prison, Sacramento, 100 Prison Road, Represa, California, 95671:

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to Court.**

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:　　**November 19, 2014**　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE