# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>COUCH,<br><br>        Defendant. | Case No. 1:08cv-00069-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S FEBRUARY 25, 2015, DECLARATION<br><br>(Document 102) |

Plaintiff Mark Jones ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

Pursuant to the Ninth Circuit's remand, the Court set an evidentiary hearing on the issue of exhaustion for December 8, 2014. However, Plaintiff was unable to attend the hearing because of a medical issue.

After a December 18, 2014, status conference, the evidentiary hearing was set for March 2, 2015.

On February 5, 2015, Plaintiff filed a motion requesting a thirty-day continuance of the March 2, 2015, hearing. Plaintiff stated that certain legal documents were missing after his return from the hospital.

///

///

On February 10, 2015, the Court issued an order requiring Plaintiff to submit additional briefing to explain why he needed the documentary evidence. Plaintiff was given ten days to respond.

On February 24, 2015, after not receiving supplemental briefing from Plaintiff, the Court denied the extension.

On February 25, 2015, the Court received a declaration from Plaintiff.[1] The information in the declaration, however, does not establish good cause and the February 24, 2015, denial will not be altered. Plaintiff states that "these two grievances 602 that were taken or lose [sic] are in contrary to the testimony that is going to be given on March 2, 2015." ECF No. 102, at 1. However, Plaintiff did not submit a copy of the first grievance (September 20, 2007) with his January 2010 opposition to Defendant's motion to dismiss, and his declaration does not specifically state that he now has a copy of the appeal. Plaintiff *did* submit the second grievance (October 15, 2007) with his opposition, and the Court therefore has a copy.

Plaintiff has failed to provide sufficient information to establish good cause for an extension. Pursuant to the February 25, 2015, order, the March 2, 2015, hearing will continue as scheduled.

IT IS SO ORDERED.

Dated:  **February 26, 2015**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

---

[1] The declaration was signed and placed in the mail on February 20, 2015. Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (applying mailbox rule to section 1983 actions).