# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br><br>            Plaintiff,<br><br>      v.<br><br>COUCH,<br><br>            Defendant. | Case No. 1:08cv-00069-LJO-DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF MARK JONES IS NO LONGER NEEDED FOR PROCEEDINGS BEFORE THIS COURT |

The evidentiary hearing in this matter concluded on March 2, 2015. Accordingly, Plaintiff Mark Jones, CDCR #C-12452, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  __March 2, 2015__            __/s/ Lawrence J. O'Neill__
                                     UNITED STATES DISTRICT JUDGE

1