# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>COUCH,<br><br>            Defendant. | Case No. 1:08cv-00069-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(Document 111) |

Plaintiff Mark Jones ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a notice of appeal on March 9, 2015. On March 25, 2015, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith. 28 U.S.C. § 1915(a)(3).

Plaintiff's appeal is not frivolous, nor is it taken in bad faith. Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

    Dated:   **March 26, 2015**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

1