# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK JONES,** | **1:08-cv-69-LJO-MJS** |
| **Plaintiff,** | **ORDER SETTING EVIDENTIARY HEARING** |
| **v.** | |
| **COUCH, CDC ISU OFFICER,** | |
| **Defendant.** | |

     Defendant requests a continuance of the evidentiary hearing set in this case for January 21, 2016. Doc. 120. Defendant's request is GRANTED. The evidentiary hearing is reset for January 9, 2017, at 10:45A.M.


IT IS SO ORDERED.

Dated:   **November 28, 2016**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE