UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUCH, CDC ISU OFFICER,<br><br>            Defendant. | 1:08-cv-00069 LJO MJS PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 128.)<br><br>**As to MARK JONES  CDCR # 12452** |

The Evidentiary Hearing for this matter commenced on March 1, 2017, at 8:30 a.m., and inmate plaintiff Mark Jones has given testimony before the Court.  Inmate plaintiff **Mark Jones  #C-12452** is no longer needed by the Court in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on January 11, 2017, is HEREBY DISCHARGED.

IT IS SO ORDERED.

   Dated:   **March 1, 2017**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE